Robert C Weems (SBN 148156)
Weems Law Offices
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
rcweems@weemslawoffices.com
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALESIA ANN PHILLIPS, | Civil No. 2:18-cv-02307-KJN |
| Plaintiff, | **STIPULATION AND ORDER RE MODIFICATION OF SCHEDULING ORDER** |
| v. | |
| ANDEW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 5) |
| Defendant. | |

Plaintiff requests an extension of forty (40) days to September 28, 2019 for all deadlines in this case for Plaintiff's counsel to draft and file a motion for summary judgment which was previously due on August 19, 2019.

The parties request this extension in good faith, with no intent to prolong proceedings unduly. Our inadvertence to request additional time was due in part by failure to properly calendar the case due date. This advertence was worsened due to a superior court trial scheduled for September 10 which on or about August 26 suddenly required extensive discovery when counsel was notified of five previously undeclared expert witnesses. We now need the additional time due to giving priority to Superior court proceedings.

Plaintiff's motion for summary judgment remand is now due on September 28, 2019.

1

1 | Defendant has been approached and does not object to allowing Plaintiff the additional time to
2 | draft her motion for summary judgment and, subject to the Court's approval, stipulates to forty
3 | (40) days extension of time to allow Plaintiff to file her motion for summary judgment in this
4 | action. This is Plaintiff's first request for additional time.

WEEMS LAW OFFICES

McGREGOR W. SCOTT,
United States Attorney
DEBORAH LEE STACHEL,
Regional Chief Counsel, Region IX,
　Soc. Sec. Admin.
Michael K. Marriott,
Asst. Regional Counsel,
　Soc. Sec. Admin., Region IX

*/s/Robert C. Weems*　　　　　　　By:　*/s/ Michael K. Marriott*
Robert C. Weems,　　　　　　　　　　　Michael Marriott,
Attorney for Plaintiff　　　　　　　　　　Attorney for Defendant

SO ORDERED.

Dated: September 5, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE