McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALESIA ANN PHILLIPS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:18-cv-02307-KJN<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE BRIEF** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 60 days to file her responsive brief. Defendant respectfully requests this extension of time because of an extremely heavy workload, and because of a significant amount of use or lose leave resulting in preplanned absence from the office from December 9 though December 13, and December 23 through January 3, 2020.

///

1

The new due date for Defendant's responsive brief will be Monday, January 20, 2020.

Respectfully submitted,

Date: November 21, 2019         WEEMS LAW OFFICES

By:   */s/ Robert Weems\**
      ROBERT WEEMS
      *\* By email authorization on November 21, 2019*
      Attorney for Plaintiff

Date: November 21, 2019         McGREGOR W. SCOTT
                                United States Attorney

By:   */s/ Michael K. Marriott*
      MICHAEL K. MARRIOTT
      Special Assistant United States Attorney
      Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

## ORDER

APPROVED AND SO ORDERED:

Dated: November 25, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE