1 McGREGOR W. SCOTT
United States Attorney
2 DEBORAH LEE STACHEL
3 Regional Chief Counsel, Region IX
Social Security Administration
4 MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
5     160 Spear Street, Suite 800
6     San Francisco, California 94105
    Telephone: (415) 977-8985
7     Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov
8
9 Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALESIA ANN PHILLIPS, | ) Civil No. 2:18-cv-02307-KJN |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 15 days to file his responsive brief.  Defendant respectfully requests this extension of time because of an extremely heavy accumulated workload because of a two week vacation over the holidays, including three district court briefs and a district court merits hearing due in the upcoming week. This extension will permit the undersigned to properly review the lengthy administrative record of nearly 1,100 pages.

The new due date for Defendant's responsive brief will be Tuesday, February 4, 2020.

Respectfully submitted,

Date: *January 17, 2020*      WEEMS LAW OFFICES

By:    */s/ Robert Weems**
ROBERT WEEMS
* *By email authorization on January 16, 2020*
Attorney for Plaintiff

Date: *January 17, 2020*      McGREGOR W. SCOTT
United States Attorney

By:    */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

**ORDER**

APPROVED AND SO ORDERED:

Dated: January 22, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

phil.2307