UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESIA ANN PHILLIPS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:18-cv-02307-MCE-KJN<br><br><br><br>ORDER |

On July 9, 2020, the magistrate judge filed findings and recommendations (ECF. No. 23) herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. On July 23, 2020 plaintiff filed objections to the proposed findings and recommendations (ECF. No. 24), which have been considered by the Court.

This Court reviews de novo those portions of the proposed findings of fact to which an objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982); see also Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009). As to any portion of the proposed findings of fact to which no objection has been made, the Court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th

Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The Proposed Findings and Recommendations filed July 9, 2020 (ECF No. 23), are ADOPTED in full;

2. Plaintiff's motion for summary judgment (ECF No. 16) is DENIED;

3. The Commissioner's cross-motion for summary judgment (ECF No. 22) is GRANTED;

4. The final decision of the Commissioner is AFFIRMED, and judgment is entered for the Commissioner; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  October 4, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE